## NOTARY PUBLIC—SUBPOENA.

[Clark Circuit Court, 1896.]

### WOODS v. ALTSCHUL.

MEMORANDUM OF DECISION.

A notary public has power to issue a subpœna *duces tecum* and a failure to obey it constitutes contempt of court.